**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 11-7445**

─────────────

RONALD WAYNE LEWIS,

              Plaintiff - Appellant,

        v.

SUHASINI N. SHAH, Medical Doctor, FCI Petersburg,

              Defendant - Appellee.

─────────────

**No. 11-7450**

─────────────

RONALD WAYNE LEWIS,

              Plaintiff - Appellant,

        v.

HARLEY LAPPIN,

              Defendant - Appellee.

─────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge. (3:10-cv-00568-JRS; 3:10-cv-00130-JRS)

─────────────

Submitted:  February 16, 2012      Decided:  February 22, 2012

─────────────

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

———————————

Ronald Wayne Lewis, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ronald Wayne Lewis appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil rights actions in which he alleged that he received inadequate medical care. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lewis v. Shah, No. 3:10-cv-00568-JRS (E.D. Va. Oct. 18, 2011); Lewis v. Lappin, No. 3:10-cv-00130-JRS (E.D. Va. Oct. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED